ACCEPTED
12-14-00025-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/9/2015 9:55:10 AM
CATHY LUSK
CLERK



Mark W. Cargill
ATTORNEY AT LAW

FILED IN
12th COURT OF APPEALS Christina L. Cargill
TYLER, TEXAS         SR. PARALEGAL
4/9/2015 9:55:10 AM SOCIAL SECURITY REPRESENTATIVE
CATHY S. LUSK
Clerk        Sheridan Wendele
                    CLIENT SERVICES

Cheryl Day
CRIMINAL SECRETARY

April 9, 2015

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Willis Demond Carwell # 01894896
Telford Unit
3899 Hwy 98
New Boston, Tx. 75570

RE:     *Willis Demond Carwell v. The State of Texas*
        *No.:*     *12-14-00025-CR, Trial:  31064*

Dear Mr. Carwell:

Please be advised that the 12th Court of Appeals District of Texas – Tyler, Texas, has Affirmed the lower court's decision on your case by way of a MANDATE and/or written Opinion that was issued on April 7, 2015, and a copy of which is enclosed for your convenience.  If you desire to file a Pro Se Petition for Discretionary Review - appeal, you must do so **no later than 30 days after the date of the decision, i.e.  May 5, 2015.**

If you have any questions or concerns, please call and/or notify me by written - correspondence.

Very truly yours,

Cargill & Associates

Mark W. Cargill
MWC/cc
Enclosure

cc:     Court of Appeals – 12th Court of Appeal, Tyler, Texas via E-Filing

701 N. Elm Street • Palestine, Texas 75801 • Telephone: 903/729-8011 • Fax: 903/729-5112 • Email: cargillaw@earthlink.net



CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

## TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

April 7, 2015

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

**RE:** Case Number:             12-14-00025-CR
Trial Court Case Number:   31064

**Style:** Willis Demond Carwell
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

C Mr. Mark W. Cargill (DELIVERED VIA E-MAIL)
C Mr. James Henson (DELIVERED VIA E-MAIL)

Mandate executed on _____ day of _____, 2015.

Brief explanation of action taken: _____

_____ District/County Clerk

# THE STATE OF TEXAS
# M A N D A T E

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TO THE 3RD DISTRICT COURT OF ANDERSON COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 11th day of February, 2015, the cause upon appeal to revise or reverse your judgment between

WILLIS DEMOND CARWELL, Appellant

NO. 12-14-00025-CR; Trial Court No. 31064

Opinion by Greg Neeley, Justice.

THE STATE OF TEXAS, Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below be in all things affirmed, for which execution may issue, and that this decision be certified to the court below for observance."

WHEREAS, WE COMMAND YOU to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

WITNESS, THE HONORABLE JAMES T. WORTHEN, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 7th day of April, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

7010 3090 0002 7290 9117

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To *Carwell*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions